**GRANTED**. [signature]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PAMELA ADAMS,<br>**Individually, on behalf of herself and other similarly situated current and former employees,**<br><br>    Plaintiff,<br><br>  v.<br><br>**LIFEPOINT HEALTH, INC.,**<br>A Delaware Corporation.<br><br>    Defendant. | Case No. 3:25-cv-00107<br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Jeffery S. Frensley |

## JOINT MOTION TO EXTEND OPERATIVE DEADLINES BY SIXTY (60) DAYS

Plaintiff Pamela Adams ("Plaintiff") and Defendant Lifepoint Health, Inc. ("Defendant") (collectively, the "Parties") move the Court to extend the operative discovery deadlines and the deadline for Plaintiff to move for court-authorized notice and for Defendant to file a motion for summary judgment on the question of joint employer status by sixty (60) days. In support of this Motion, the Parties state as follows:

  1. Pursuant to the Initial Case Management Order (Docket No. 23, ¶¶ E, G), the Parties have exchanged initial disclosures and written discovery requests regarding Plaintiff's intended motion for court-authorized notice and Defendant's intended motion for summary judgment on the question of joint employer status.

  2. The deadline for the Parties to complete written discovery and depose all witnesses necessary for Plaintiff's intended motion for court-authorized notice and Defendant's intended motion for summary judgment on the question of joint employer status is November 14, 2025. (*Id.* at ¶ G).